FILED ___ ENTERED
LODGED ___ RECEIVED

OCT 3 - 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

07-CV-00663-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNWOOD CORPUZ FELIX, | ) |
| Plaintiff, | ) Case No. C07-663 JLR BAT |
| v. | ) |
| | ) **ORDER OF DISMISSAL** |
| KING COUNTY CORRECTIONAL FACILITY, et.al., | ) |
| Defendants. | ) |

The Court, having reviewed plaintiff's original Complaint and Amended Complaint in this 42 U.S.C. § 1983 civil rights action, together with all material in support of those documents, defendants' Motion for Qualified Immunity, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, the governing law, and the balance of the record, does hereby ORDER:

1) The Court adopts the Report and Recommendation;

2) Defendants' Motion for Qualified Immunity (Dkt. 33) is GRANTED and plaintiff's original Complaint (Dkt. 4) and Amended Complaint (Dkt. 6) are DISMISSED with prejudice;

///

///

///

ORDER OF DISMISSAL -1

3) The Clerk of Court is directed to send copies of this Order to the parties and to Magistrate Judge Brian A. Tsuchida.

DATED this 3RD day of October, 2008.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL -2